

P51471/AP

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK
## PROBATION OFFICE

### MEMORANDUM

**TO:**     Jim Molinelli, Miscellaneous Clerk

**FROM:**   Adam Pakula, United States Probation Officer

**RE:**     Anthony Jerome White

**DATE:**   June 25, 2008

**08 CRIM 593**

### ASSIGNMENT OF TRANSFER OF JURISDICTION

On August 24, 2007 the above-named individual was sentenced in the Western District of New York outlined in the attached J & C.

In May 1, 2008, we received the Prob. 22's endorsed by the Honorable Richard J. Arcara, Chief U.S. District Court Judge, ordering Mr. White's transfer to the SD/NY. At this time, we are requesting that this case be assigned to a Judge in the SD/NY for acceptance of transfer of jurisdiction.

Your assistance in this matter is greatly appreciated. Should you have any questions, please feel free to contact the undersigned officer at (212) 805-5171.

Respectfully submitted,

Chris J. Stanton
Chief U.S. Probation Officer

By: *Adam Pakula CJL*

Adam Pakula
U.S. Probation Officer

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JUL 0 2 2008
```